# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| TRACY BRAHO, et al., | ) | CASE NO. 5:16-cv-3007 |
| | ) | |
| PLAINTIFFS, | ) | JUDGE SARA LIOI |
| | ) | |
| v. | ) | **JUDGMENT ENTRY** |
| | ) | |
| LIQUID TRANSPORT CORP., et al., | ) | |
| | ) | |
| DEFENDANTS. | ) | |

In accordance with the jury's verdicts, entered July 25, 2019, the Court enters final judgment in favor of plaintiffs Tracy Braho and Ronald Braho against defendants Liquid Transport Corp. and Isaias Castellanos, Jr., jointly and severally, as follows:

1. $255,000.00 compensatory damages for economic loss of Tracy Braho;

2. $285,000.00 compensatory damages for noneconomic loss of Tracy Braho;

3. $10,000.00 for loss for noneconomic loss of Ronald Braho;

for a total compensatory damages award of $550,000.00.

**IT IS SO ORDERED**.

Dated: July 25, 2019

_____
**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**